IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| MAURICE MERVON YORK | § | |
| VS. | § | CIVIL ACTION NO. 5:13cv6 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Maurice Mervon York, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner states that in 2010 he was convicted of aggravated robbery in the 299th District Court of Travis County, Texas. He was sentenced to 50 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. This section further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Travis County, Texas.

Pursuant to 28 U.S.C. § 124, Travis County is in the Austin Division of the Western District of Texas.  As the records and witnesses concerning petitioner's conviction will be located in the Western District, the Court is of the opinion that the transfer of this action to the Western District would further justice.

    Accordingly, this case will be transferred to the Waco Division of the United States District Court for the Western District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED this 24th day of January, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE